BEFORE THE FIRST DIVISION, OCTOBER 17, 1958

**No. 62365.**—Geigy Chemical Corporation *v.* United States, protest 324255–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of one coal-tar medicinal in therapeutic dosage and two or more non-coal-tar products, the claim of the plaintiff was sustained.

**No. 62366.**—A. M. Ross-Smith et al. *v.* United States, protests 159838–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of petroleum distillate in gelatin containers and that the issue is the same in all material respects as that the subject of *A. M. Ross-Smith v. United States* (40 Cust. Ct. 354, C. D. 2005), the claim of the plaintiffs was sustained.